UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES

| | |
|---|---|
| HYUNDAI STEEL COMPANY and SEAH STEEL CORPORATION, *Plaintiff and Consolidated Plaintiff*, v. UNITED STATES, *Defendant*, and WHEATLAND TUBE COMPANY, *Defendant-Intervenor.* | Court No. 18-00154 (consol.) |

### HYUNDAI STEEL COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Hyundai Steel Company respectfully provides this notice of supplemental authority concerning the recent decision of the U.S. Court of Appeals for the Federal Circuit ("CAFC") in *Hyundai Steel Company v. United States*, Court No. 2021-1748 (Fed. Cir. Dec. 10, 2021), which is directly relevant to the central issue in the above-referenced action.  The opinion is attached for the Court's convenience.

In the *Hyundai Steel* decision, the CAFC affirmed this court's opinion in *Husteel Co., Ltd. v. United States*, Consol. Court No. 18-00169, holding that the statute does not authorize Commerce to apply a particular market situation adjustment to a respondent's costs of production for purposes of the sales-below-cost test within 19 U.S.C. § 1677b(b).  The CAFC, like this Court before it, determined that Congress clearly limited Commerce's authority to apply

particular market situation adjustments to calculations based on constructed value within 19 U.S.C. § 1677b(e).

The CAFC's decision is directly relevant to the instant proceeding, in which Commerce also applied a particular market situation adjustment to respondents' costs for purposes of the sales-below-cost test.  In light of the *Hyundai Steel* decision, Federal Circuit precedent confirms that such an adjustment is unlawful.

        Respectfully submitted,

        /s/ J. David Park

        J. David Park
        Henry D. Almond
        Daniel R. Wilson
        Leslie C. Bailey
        Kang Woo Lee

        *Counsel to Hyundai Steel Company*

        Arnold & Porter Kaye Scholer LLP
        601 Massachusetts Avenue, N.W.
        Washington, D.C. 20001
        Phone:  (202) 942-5000
        E-mail:  David.Park@apks.com

Dated:  December 14, 2021