UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>SEAH STEEL CORPORATION,<br><br>　　　　　　　Consolidated Plaintiff,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant,<br><br>WHEATLAND TUBE COMPANY,<br><br>　　　　　　　Defendant-Intervenor. | Court No. 18-00154 |

AMENDED SCHEDULING ORDER

Upon consideration of the motion filed by SeAH Steel Corporation ("SeAH") to amend the Court's June 15, 2022, scheduling order (ECF No. 114), it is hereby

ORDERED that SeAH's motion to amend the scheduling order is granted; and it is further

ORDERED that Commerce shall file the administrative record no later than August 16, 2022; and it is further

ORDERED that the requirements to file comments on Commerce's August 2, 2022, final redetermination on fourth remand (ECF No. 116) and a joint appendix are waived.

Signed:

_____
Judge Jennifer Choe-Groves

Dated: _____
　　　　New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>SEAH STEEL CORPORATION,<br><br>　　　　　Consolidated Plaintiff,<br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant,<br><br>WHEATLAND TUBE COMPANY,<br><br>　　　　　Defendant-Intervenor. | Court No. 18-00154 |

MOTION TO AMEND SCHEDULING ORDER

On behalf of Consolidated Plaintiff SeAH Steel Corporation ("SeAH"), SeAH respectfully moves this Court to amend the June 15, 2022, scheduling order (ECF No. 114) in the above-referenced case.

Pursuant to the Court's June 15, 2022, scheduling order, the deadlines for submissions by all parties are as follows:

- Final redetermination on fourth remand due no later than August 15, 2022.
- Administrative record due no later than August 29, 2022.
- Comments in opposition to the final redetermination on fourth remand due no later than September 19, 2022.
- Comments in support to the final redetermination on fourth remand due no later than October 3, 2022.
- Joint appendix due no later than October 11, 2022.

However, Commerce filed the final redetermination on fourth remand early with the Court on August 2, 2022 (ECF No. 116).  In addition, as described in Commerce's final redetermination on fourth remand, no parties filed comments on the draft remand redetermination during the underlying administrative proceeding.  Since there were no objections to the draft remand redetermination and there were no changes between the draft and final version of the redetermination on fourth remand, SeAH believes that no further briefing before the Court is necessary.

In these circumstances, and in the interest of judicial economy, SeAH moves to amend the deadline for the administrative record to 14 days after the final redetermination on fourth remand was filed by Commerce and to waive all deadlines for comments regarding the final redetermination and the joint appendix.  Accordingly, the revised schedule would be as follows:

- Administrative record due no later than August 16, 2022.

And, once Commerce files the administrative record, the case would be ripe for disposition by the Court.

On August 4, 2022, counsel for the United States, Joshua E. Kurland; and counsel for Wheatland Tube Company, Elizabeth J. Drake, consented to this motion.  On August 5, 2022, counsel for Hyundai Steel Company, Henry D. Almond, stated that they do not oppose the motion.

        Respectfully submitted,

        /s/ Jeffrey M. Winton

        Jeffrey M. Winton
        Amrietha Nellan

        Counsel to SeAH Steel Corporation

Date: August 5, 2022